AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

Northern District of California

*FILED JUN 14 2010 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND*

| | |
|---|---|
| United States of America ) | Case No. 4-10-70485 MAG |
| v. ) | |
| ) | |
| SOLMAZ NAJI ) | Charging District: U.S.D.C. Southern Dist. of CA |
| ) | |
| *Defendant* ) | Charging District's Case No. 10CR2242-JM |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S.D.C. Southern District of California 940 Front Street San Diego, CA 92101 | Courtroom No.: Magistrate Judge Gallo |
|---|---|---|
| | | Date and Time: 6/22/2010 at 10:30 a.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: Jun 10, 2010

*Judge's signature*

LAUREL BEELER, U.S. MAGISTRATE JUDGE
*Printed name and title*